JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HOUSING RIGHTS CENTER, INC., a California nonprofit corporation,<br><br>          Plaintiff,<br>     vs.<br><br>ADEL LUZURIAGA, an individual,<br><br>          Defendant. | Case No.:  CV13-00636-SVW (RZx)<br><br>Assigned to Courtroom: 6<br>The Hon. Stephen V. Wilson<br><br>**ORDER DISMISSING ACTION**<br><br>Action Commenced: 01/29/2013<br>Trial Date:  Not Set<br>Discovery Cut-Off:  Not Set<br>Law & Motion Cut-Off:  Not Set |

Pursuant to Federal Rule of Civil Procedure 41(a) and Plaintiff's Request for Dismissal of Defendant in this case, this Court dismisses the above-captioned case with prejudice.

Dated: April 19, 2013

_____
Honorable Stephen V. Wilson
United States District Judge